JOHN M. RUNFOLA SBN 096058
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
JOE CHU RANG WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**JOE CHU RANG WONG, and STACY WU**<br><br>Defendants | No. CR 05-00073 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

The parties stipulate and agree, and the Court finds and holds as follows:

This matter is currently scheduled for a status hearing and entry of plea June 24, 2005 at 11:00 a.m. Dayle Carlson, the retained sentencing consultant for defendant Joe Wong has been out of town on vacation and has not been able to workout the final plea agreement in the case. Additionally, counsel for Mr. Wong has been retained in a Homicide case in Yreka, California and is unavailable on June 24, 2005. The homicide is alleged to have occurred June 18, 2005. John Runfola, counsel for the defendant therefore requests a continuance to insure that the matter is adequately prepared, taking into account the exercise of due diligence.

The parties request that the Court make a finding that the time between June 24, 2005, and July 8, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), and the Federal Rule of Criminal Procedure 5, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. That finding is based on Wong's request for additional time to confer with his sentencing consultant regarding

both Bureau of Prisons incarceration options as well as an accurate restitution determination, and to insure adequate preparation of his counsel. That finding should be made pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

The parties hereby agree and request that the case be continued until July 8, 2005 at 11:00 a.m., and that an additional exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated: 06/22/05                                                          /s/
                                                                JOHN M RUNFOLA,
                                                                Counsel for JOE WONG

Dated: 06/22/05                                                          /s/
                                                                DOUGLAS RAPPAPORT
                                                                Counsel for STACY WU

Dated: 06/22/05                                                          /s/
                                                                PHILIP J. KEARNEY
                                                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: _____

IT IS SO ORDERED
Judge Susan Illston

2