1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   PHILIP J. KEARNEY (CSBN 114978)
5  Assistant United States Attorney

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-6758
   Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

FILED
JUL 29 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   Criminal No. CR 05-00073 SI
                                        )
14          Plaintiff,                  )
                                        )
15                                      )   STIPULATION AND [PROPOSED]
        v.                              )   ORDER EXCLUDING TIME
16                                      )
                                        )
17  JOE CHU RANG WONG, and              )
    STACY WU                            )
18                                      )
            Defendants.                 )
19  _____)

20      The above-captioned matter was scheduled to come before the Court on July 28,
21  2005, for plea. JOE CHU RANG WONG represented by John Runfola, Esq., STACY
22  WU represented by Douglas Rapport, Esq. and the government, represented by Philip J.
23  Kearney, Assistant United States Attorney, submitted draft plea agreements for the
24  Court's review prior to the hearing. By stipulation of the parties the matter was continued
25  until September 2, 2005, at 11:00 a.m. in United States District Court for entry of pleas.
26      The parties request that the Court make a finding that the time between July 28,
27  2005, and September 2, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.
28
STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00073 SI

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. That finding is based on counsel for WU's request for additional time to accommodate a pre-planned vacation and counsel for the government's request to adequately inform victims pursuant to 18 U.S.C. § 3771, and to allow all parties to adequately prepare the matter, taking into account the exercise of due diligence. That finding should be made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 2, 2005 at 11:00 a.m. and that an additional exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:

JOHN RUNFOLA, ESQ.
Counsel for JOE CHU RANG WONG

DATED:

DOUGLAS RAPPAPORT, ESQ.)
Counsel for STACY WU

DATED: 7/26/05

PHILIP J. KEARNEY
Assistant United States Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00073 SI                              2

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. That finding is based on counsel for WU's request for additional time to accommodate a pre-planned vacation and counsel for the government's request to adequately inform victims pursuant to 18 U.S.C. § 3771, and to allow all parties to adequately prepare the matter, taking into account the exercise of due diligence. That finding should be made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 2, 2005 at 11:00 a.m. and that an additional exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:

JOHN RUNFOLA, ESQ.
Counsel for JOE CHU RANG WONG

DATED:

DOUGLAS RAPPAPORT, ESQ.
Counsel for STACY WU

DATED: 7/26/05

PHILIP J. KEARNEY
Assistant United States Attorney

So ordered

DATED: 7/28/05

SUSAN ILLSTON
UNITED STATES MAGISTRATE District Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00073 SI                        2

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. That finding is based on counsel for WU's request for additional time to accommodate a pre-planned vacation and counsel for the government's request to adequately inform victims pursuant to 18 U.S.C. § 3771, and to allow all parties to adequately prepare the matter, taking into account the exercise of due diligence. That finding should be made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 2, 2005 at 11:00 a.m. and that an additional exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:

JOHN RUNFOLA, ESQ.
Counsel for JOE CHU RANG WONG

DATED: 7-28-05

DOUGLAS RAPPAPORT, ESQ.
Counsel for STACY WU

DATED: 7/28/05

PHILIP J. KEARNEY
Assistant United States Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00073 SI

2