JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
JOE CHU RANG WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 05-0073 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 9, 2005 SENTENCING DATE** |
| v. | |
| JOE CHU RANG WONG and STACY WU | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Philip J. Kearney, counsel for the plaintiff United States of America, John M. Runfola, counsel for the defendant Joe Chu Rang Wong, and Douglas Rappaport, counsel for defendant Stacy Wu, that the sentencing hearing in this Court scheduled for December 9, 2005 at 11:00 a.m., is extended until January 20, 2006 at 11:00 a.m., or as soon thereafter as is convenient for the Court.

No part objects to the requested continuance.

**IT IS SO STIPULATED.**

Dated: _____12/06/05_____

_____
JOHN M. RUNFOLA
Counsel for Joe Chu Rang Wong

1

2   Dated: _____12/06/05_____          _____
                                          DOUGLAS RAPPAPORT
3                                         Counsel for Stacy Wu

4

5   Dated:_____12/06/05_____           _____
                                          PHILIP J. KEARNEY
6                                         Assistant United States Attorney

7          **IT IS SO ORDERED**

8

9   Dated: _____          _____
                                       HON. JUDGE SUSAN ILLSTON
10                                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -