IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-05-0073  SI |
| ) | |
| v. ) | |
| ) | **ORDER FOR** |
| JOE WONG ) | **VOLUNTARY SURRENDER** |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence.

IT IS HEREBY ORDERED THAT:

(1)  A stay of execution of defendant's sentence is **GRANTED** on the conditions set forth below, and during the period of the stay, defendant shall remain at large on defendant's present cognizance.

(2)  Defendant shall immediately report to the **U.S. Marshal's Office, Room 20006, 20th floor, 450 Golden Gate Avenue, San Francisco, CA,** for further instructions, which defendant shall follow precisely.

(3)  As notified by the U.S. Marshal's Office, the defendant shall report to the federal institution designated by the Bureau of Prisons, on or before **2:00 p.m.** on          3/24/06          .  If there has been no designation made prior to the surrender date, then the defendant is to report to the above office of the U.S. Marshal's Office, by 2:00 p.m. on the surrender date.

(4)  Any failure by defendant to obey all requirements of this order shall be punishable as a contempt.

**FAILURE TO APPEAR** as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five (5) years.

DATED:      1/20/06

_Susan Illston_
_____
SUSAN ILLSTON
United States District Judge

cc: U.S. Marshal, Asst. U.S. Attorney, Defense Attorney, Defendant