**Filed**

MAR 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 05-0073 SI |
| Plaintiff, | [PROPOSED] ORDER EXTENDING SELF SURRENDER DATE OF MARCH 24, 2006 |
| v. | |
| JOE CHU RANG WONG | |
| Defendant. | |

GOOD CAUSE APPEARING it is hereby ordered that the self surrender date of Mr. Joe Chu Rang Wong be extended until April 21, 2006.

Dated: 3/24/06

HON. JUDGE SUSAN ILLSTON
United States District Court Judge

Approved as to form: _____
A.U.S.A P. Kearney  3/22/.6